# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **GLOBAL ORDER DISMISSING CITATIONS AND QUASHING WARRANTS** |
| **Plaintiff,** | |
| vs. | **VIOLATION NOS. AND LOCATION CODES:** |
| **KATHRYN A. BEST,** | **PO-19-5219-GF-JTJ**<br>**6564408 – M13** |
| **DUSTAN L. CURTIS,** | **PO-19-5225-GF-JTJ**<br>**6563265, 6563266, 6563268, 6563269 – M13** |
| **TYLER F. GADD,** | **PO-19-5230-GF-JTJ**<br>**7354278 – M13** |
| **EDWARD R. GATZKY,** | **PO-19-5231-GF-JTJ**<br>**6564975 – M13** |
| **MARK A. HASEGAWA,** | **PO-19-5233-GF-JTJ**<br>**7353027 – M13** |
| **BEVERLY M. KEHOE,** | **PO-19-5237-GF-JTJ**<br>**6026889 – M13** |
| **JAMES A. KENNEDY,** | **PO-19-5239-GF-JTJ**<br>**7353843 – M13** |
| **ALEXIS M. MARTINEZ,** | **PO-19-5245-GF-JTJ**<br>**6027243 – M13**<br>**PO-19-5246-GF-JTJ**<br>**7354398 – M13** |
| **ERIN M. SCHULZ,** | **PO-19-5265-GF-JTJ**<br>**7354400 – M13** |
| **ALVIN I. SHANKLIN,** | **PO-19-5267-GF-JTJ**<br>**7354418 – M13** |
| **MARK J. SMITH,** | **PO-19-5269-GF-JTJ**<br>**7354090 – M13** |

| | |
|---|---|
| **ANNA K. SWITZER,** | PO-19-5273-GF-JTJ <br> 7353104 – M13 |
| **MATTHEW R. WEELBORS,** | PO-19-5280-GF-JTJ <br> 6026871 – M13 |
| **LOREE W. WILSON,** | PO-19-5283-GF-JTJ <br> 6027225 – M13 |
| **WARREN T. WIPPERT,** | PO-19-5284-GF-JTJ <br> 6564405, 6564406, 6564407 – M13 |
| **JAYSON D. BIRD,** | PO-19-5287-GF-JTJ <br> 6027238 – M13 |
| **JANET L. STEED,** | PO-19-5289-GF-JTJ <br> 7353267 – M13 |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this 27th day of January, 2022.

John Johnston
United States Magistrate Judge

2